**FLASHPOINT TECHNOLOGY,
INC., Appellant,**

v.

**INTERNATIONAL TRADE
COMMISSION,**
Appellee,

and

**HTC Corporation, and HTC America,
Inc., Intervenors.**

No. 2012–1149.

United States Court of Appeals,
Federal Circuit.

Feb. 14, 2013.

William D. Belanger, Pepper Hamilton LLP, of Boston, MA, argued for the appellant. With him on the brief were Alexandra C. Fennell and Gregory D. Len, Of counsel on the brief were Goutam Patnaik and Tuhin Ganguly, of Washington, DC. Of counsel were Sandra J. Badin, Michael C. Newman and James M. Wodarski, of Boston, MA.

Jia Chen, Attorney, Office of General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With him on the

---

* Honorable Leonard Davis, Chief District Judge, United States District Court for the Eastern District of Texas, sitting by designation.

brief were Dominic L. Bianchi, Acting General Counsel, and Wayne W. Herrington, Assistant General Counsel. Of counsel was Michelle Klancnik.

John P. Schnurer, Perkins Coie, LLP, of San Diego, CA, argued for intervenors. With him on the brief were James B. Coughlan, of Washington, DC, and Dan L. Bagatell, of Phoenix, AZ, and Kenneth J. Halpern, of Palo Alto, CA.

MOORE, MAYER, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**